# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF11,**

      **Plaintiff,**

**v.**     Case No: 6:15-cv-1101-Orl-31TBS

**MELVIN ROWE, et al.,**

      **Defendants.**

## ORDER

This cause comes before the Court on Motion for leave to proceed *in forma pauperis* (Doc. No. 4) filed July 7, 2015.

On July 10, 2015, the United States Magistrate Judge issued a report (Doc. No. 8) recommending that the motion be denied and that the case be remanded to the state court. Rather than file an objection, Mr. Rowe filed a Letter of Rogatory (Doc. 9), replete with legal jibberish associated with the "sovereign citizen" movement.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for leave to proceed *in forma pauperis* is **DENIED**.

3. This case is REMANDED to the Circuit Court, Ninth Judicial Circuit for Orange County, Florida.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 28, 2015.



Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

- 2 -